**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUCONNECT COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:26-cv-01433-MCS-AJR<br><br>**JUDGMENT** |

///

Pursuant to the Court's Order Re: Motion to Dismiss, it is ordered, adjudged, and decreed that this action is dismissed without prejudice. Plaintiff TruConnect Communications, Inc., shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: August 21, 2026

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE